**EDWARD R. SCHWARTZ, CA Bar No. 147553**
ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
655 North Central Avenue, Suite 2300
Post Office Box 29001
Glendale, California 91209-9001
Telephone: (626) 795-9900
Facsimile:   (626) 577-8800

Attorneys for Plaintiff,
Houdini, Inc.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOUDINI, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>WINE COUNTRY MANAGEMENT, INC.,<br><br>            Defendant. | Case No.  CV12-00795-JAK (CWx)<br><br>**ORDER OF DISMISSAL** |

The Court having reviewed the Notice of Dismissal filed by Plaintiff Houdini, Inc.;

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: April 11, 2012        _____
                             Hon. John A. Kronstadt
                             United States District Court Judge

SCL PAS1168609.1-*-04/6/12 9:44 AM

-1-

CHRISTIE, PARKER & HALE, LLP